No. 63524.—M. Felkay Co. *v.* United States, protests 283827–K and 270019–K (A) (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiff was sustained.

Before the Third Division, November 19, 1959

No. 63525.—Standard Importing Co., Inc. *v.* United States, protest 58/24037 (New York).

Opinion by Johnson, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that 21 barrels containing black olives, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the merchandise, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 63526.—Curt L. Sterner Co. *v.* United States, protest 58/12977 (New York).

Opinion by Johnson, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that case No. 489, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the merchandise, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.